■ THE PEOPLE OF THE STATE OF NEW YORK v. ERIC ILLIDGE.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ MADELEINE SCHELBERG v. EDWIN J. SCHELBERG.— Motion for a stay denied. The stay contained in the order to show cause, dated May 11, 1961, is vacated. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ JOSEPH GOTTLIEB v. PARK AVENUE OFFICES, INC., et al.— Motion for resettlement denied, with $10 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ CORINNE C. WATERMAN v. HENRY KAUFMAN et al., CORINNE C. WATERMAN v. DORIS BYRNE et al.— Motion for leave to reargue denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ JAMES T. McGEE, JR., v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC., et al., v. NATION ASSOCIATES, INC.— Motion for an order adding appeals to the June 6, 1961 Nonenumerated Calendar of this court denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ SALVADOR BENADON v. JORGE ANTONIO.— Motion to dispense with printing granted insofar as to permit the plaintiff-appellant to dispense with the printing of those papers and exhibits which are set forth in the stipulation of the parties, dated May 8, 1961, on condition that one complete set of all papers and exhibits are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ In the Matter of NORMANDIE MILLS, INC., et al., v. SAM SINENSKY, as President of Knitgoods Workers Union, Local 155, I. L. G. W. U.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before August 31, 1961, with notice of argument for September 12, 1961, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES R. MACK, Appellant.— Order, entered on June 16, 1960, denying defendant's application for a writ of error coram nobis, unanimously affirmed. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ (A) In the Matter of MICHELE J. MARZULLO et al. v. STEPHEN P. KENNEDY, as Police Commissioner of the City of New York. Concur — McNally, J. P., Stevens, Eager, Steuer and Bergan, JJ. (B) JAWDAT N. KHURI v. M. W. KELLOGG COMPANY. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ. (C) COLONIAL PAINTING CO. v. BOBCY CORPORATION. (D) COLONIAL PAINTING CO. v. DAVRON CORPORATION. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. (E) In the Matter of the WATERFRONT COMMISSION OF NEW YORK HARBOR v. ANTHONY MARCHITTO. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ. (F) HENRY L. McCARTHY, as Commissioner of Welfare of the City of New York v. WILLIAM GLICKSMAN. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.— [In each action] Motion for leave to appeal to the Court of Appeals denied, with $10 costs.